UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGOSS SOFTWARE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SIEBEL SYSTEMS, INC,<br><br>　　　　　Defendant. | Case No. 05-5224 BZ<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |

The *Ex Parte* Application for Temporary Restraining Order, and Order to Show Cause Regarding Preliminary Injunction filed by Plaintiff Siebel Systems, Inc. ("Siebel") came on for hearing on __Dec. 22, 2005__ in the United States District Court, for the Northern District of California, the Honorable Bernard Zimmerman, presiding. The Court having read the moving papers, heard oral argument, and having been fully apprised of the matter hereby ORDERS as follows:

　　　　1.　　　Angoss Software Company ("Angoss") is hereby enjoined, through and including __January 3, 2006__ ~~2005~~, from withholding the license key for: (a) any direct sale of an Angoss software product to a Siebel customer; (b) any deployment of an Angoss software product by a Siebel pool of funds customer; or (c) any evaluation of an Angoss software product by a Siebel customer or prospect. In the event that Angoss is unable or unwilling to deliver the license keys,

1  Siebel shall be permitted to use its own license key to activate the Angoss software product for its
2  customers.
3   2. Any royalty due Angoss by Siebel through ~~December ___, 2005~~ January 3, 2006 for: (a) any direct
4  sale of an Angoss software product to a Siebel customer; or (b) any deployment of an Angoss
5  software product by a Siebel pool of funds customer, shall be separately accounted for by Siebel,
6  and a report of the account shall be made to the Court.
7   3. Angoss is ordered to appear before this Court, Courtroom G, on
8  ~~_____, 2005~~ Jan. 3, 2006 at 11:00 a.m., or soon thereafter as counsel may be heard on the matter, to show cause
9  why a preliminary injunction should not issue to preliminarily enjoin Angoss from withholding the
10 license key for: (a) any direct sale of an Angoss software product to a Siebel customer; (b) any
11 deployment of an Angoss software product by a Siebel pool of funds customer; or (c) any
12 evaluation of an Angoss software product by a Siebel customer or prospect.
13  4. The following briefing schedule shall apply. Any opposition papers shall be filed
14 with this Court and served on Siebel counsel by facsimile no later than 4:00 p.m. on
15 Dec. 28, 2005, 2005. Any reply papers to such opposition shall be filed with this Court and
16 served on Angoss' counsel by facsimile no later than ~~4:00 p.m.~~ Noon on December 30, 2005.
17  5. The Temporary Restraining Order granted herewith shall expire on the date of the
18 Preliminary Injunction Hearing.
19 IT IS SO ORDERED.
20
21 Dated: December 22, 2005  _____
   IT IS SO ORDERED
   Judge Bernard Zimmerman
   United States District Court
   Northern District of California

22 Both sides were represented by counsel.

25
26 Siebel shall post a bond in the amount of $25,000. This order shall become effective on the posting of the bond.
   Siebel's supplementary papers are due on 12/23/05 by 4:00 p.m.

[PROPOSED] TEMPORARY RESTRAINING ORDER, -2- PRINTED ON RECYCLED PAPER
AND ORDER TO SHOW CAUSE REGARDING
PRELIMINARY INJUNCTION