UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGOSS SOFTWARE CORP., <br> Plaintiff(s), <br> v. <br> SIEBEL SYSTEMS, INC., <br> Defendant(s). | No. C 05-5224 BZ <br><br> and related case |
| SIEBEL SYSTEMS, INC., <br> Plaintiff(s), <br> v. <br> ANGOSS SOFTWARE CORP., <br> Defendant(s). | No. C 05-5225 BZ <br><br> **ORDER SCHEDULING COURT TRIAL AND PRETRIAL MATTERS** |

Following the Status Management Conference, **IT IS HEREBY ORDERED** that:

1. <u>DATES</u>

Trial Date: Monday, April 24, 2006, **8:30 a.m.**

Pretrial Conference: Tuesday, April 11, 2006, **4:00 p.m.**

Close of all Discovery: Friday, March 31, 2006

1

2. <u>SETTLEMENT</u>

This case has been referred for assignment to a Magistrate Judge to conduct a settlement conference. Counsel will be contacted by that judge's chambers with a date and time for the conference.

3. <u>PRETRIAL CONFERENCE</u>

Not less than twenty five days prior to the date of the pretrial conference, the parties shall meet and take all steps necessary to fulfill the requirements of this Order.

Not less than twenty days prior to the pretrial conference, the parties shall: (1) serve and file a joint pretrial statement, containing the information listed in **Attachment 1**, and a proposed pretrial order; (2) serve and file <u>Daubert</u> motions, proposed findings of fact and conclusions of law, and statements designating excerpts from discovery that will be offered at trial (specifying the witness and page and line references); (3) exchange exhibits, agree on and number a joint set of exhibits and number separately those exhibits to which the parties cannot agree; (4) deliver all marked trial exhibits directly to the courtroom clerk, Ms. Scott; (5) deliver one <u>extra</u> set of all marked exhibits directly to Chambers; and (6) submit all exhibits in three-ring binders.  Each exhibit shall be marked with an exhibit label as contained in **Attachment 2.**

No party shall be permitted to call any witness or offer any exhibit in its case in chief that is not disclosed at pretrial, without leave of Court and for good cause.

Lead trial counsel for each party shall meet and confer

2

1  in an effort to resolve all disputes regarding anticipated
2  testimony, witnesses and exhibits.  All <u>Daubert</u> motions and
3  objections will be heard at the pretrial conference.  Not
4  less than ten days prior to the pretrial conference, the
5  parties shall serve and file any objections to witnesses or
6  exhibits or to the qualifications of an expert witness.
7  Oppositions to <u>Daubert</u> motions shall be filed and served not
8  less than ten days prior to the conference.  There shall be
9  no replies.

10  All motions and proposed findings of fact and
11  conclusions of law, shall be accompanied by a floppy diskette
12  containing a copy of the document formatted in WordPerfect
13  6.1, 8, 9 or 10 (Windows)or may be e-mailed in WordPerfect
14  format to the following address: bzpo@cand.uscourts.gov

15  At the time of filing the original with the Clerk's
16  Office, two copies of all documents (but only one copy of the
17  exhibits) shall be delivered directly to Chambers (Room 15-
18  6688).  Chambers' copies of all pretrial documents shall be
19  three-hole punched at the side, suitable for insertion into
20  standard, three-ring binders.

21  Dated:  March 7, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

## ATTACHMENT 1

The parties shall file a joint pretrial conference statement containing the following information:

(1) **The Action.**

    (A) Substance of the Action. A brief description of the substance of claims and defenses which remain to be decided.

    (B) Relief Prayed. A detailed statement of each party's position on the relief claimed, particularly itemizing all elements of damages claimed as well as witnesses, documents or other evidentiary material to be presented concerning the amount of those damages.

(2) **The Factual Basis of the Action.**

    (A) Undisputed Facts. A plain and concise statement of all relevant facts not reasonably disputable, as well as which facts parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits.

    (B) Disputed Factual Issues. A plain and concise statement of all disputed factual issues which remain to be decided.

    (C) Agreed Statement. A statement assessing whether all or part of the action may be presented upon an agreed statement of facts.

    (D) Stipulations. A statement of stipulations requested or proposed for pretrial or trial purposes.

(3) **Trial Preparation.**

A brief description of the efforts the parties have made to resolve disputes over anticipated testimony, exhibits and witnesses.

4

1      (A)   Witnesses to be Called. In lieu
             of FRCP 26(a)(3)(A), a list of
2            all witnesses likely to be
             called at trial, other than
3            solely for impeachment or
             rebuttal, together with a brief
4            statement following each name
             describing the substance of the
5            testimony to be given.

6      (B)   Estimate of Trial Time. An
             estimate of the number of court
7            days needed for the presentation
             of each party's case, indicating
8            possible reductions in time
             through proposed stipulations,
9            agreed statements of facts, or
             expedited means of presenting
10           testimony and exhibits.

11     (C)   Use of Discovery Responses. In
             lieu of FRCP 26(a)(3)(B), cite
12           possible presentation at trial
             of evidence, other than solely
13           for impeachment or rebuttal,
             through use of excerpts from
14           depositions, from interrogatory
             answers, or from responses to
15           requests for admission.  Counsel
             shall state any objections to
16           use of these materials and that
             counsel has conferred respecting
17           such objections.

18     (D)   Further Discovery or Motions. A
             statement of all remaining
19           motions, including motions in
             limine.

20
   (4) **Trial Alternatives and Options.**
21
       (A)   Settlement Discussion. A
22           statement summarizing the status
             of settlement negotiations and
23           indicating whether further
             negotiations are likely to be
24           productive.

25     (C)   Amendments, Dismissals. A
             statement of requested or
26           proposed amendments to pleadings
             or dismissals of parties, claims
27           or defenses.

28     (D)   Bifurcation, Separate Trial of

```
                        Issues. A statement of whether
                        bifurcation or a separate trial
                        of specific issues is feasible
                        and desired.

         (5) Miscellaneous.

     Any other subjects relevant to the trial of the action,
or material to its just, speedy and inexpensive determination.
```

# ATTACHMENT 2

| | |
|---|---|
| **USDC** <br> Case No. CV05-05224 BZ <br> **JOINT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **JOINT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |
| **USDC** <br> Case No. CV05-05224 BZ <br> **JOINT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **JOINT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |
| **USDC** <br> Case No. CV05-05224 BZ <br> **PLNTF** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **PLNTF** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |
| **USDC** <br> Case No. CV05-05224 BZ <br> **PLNTF** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **PLNTF** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |
| **USDC** <br> Case No. CV05-05224 BZ <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |
| **USDC** <br> Case No. CV05-05224 BZ <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ | **USDC** <br> Case No. CV05-05224 BZ <br> **DEFT** Exhibit No. _____ <br> Date Entered _____ <br><br> Signature _____ |

`G:\BZALL\-BZCASES\ANGOSS.SIEBEL\SCH.ORDER.wpd`