UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGOSS SOFTWARE CORP.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>SIEBEL SYSTEMS, INC.,<br><br>    Defendant(s). | No. C 05-5224 BZ<br><br><br><br>and related case |
| SIEBEL SYSTEMS, INC.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>ANGOSS SOFTWARE CORP.,<br><br>    Defendant(s). | No. C 05-5225 BZ<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

The Pretrial Scheduling Order filed March 7, 2006, is amended to eliminate the requirement that the parties participate in a settlement conference before a magistrate judge inasmuch as the court has been unable to find a judge who can schedule a timely settlement conference.

DATED: March 14, 2006

　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\ANGOSS.SIEBEL\AMENDED.PRETRIAL.SCHED.ORD.wpd

1