1  MICHAEL J. BETTINGER (State Bar No. 122196)
   MYRA J. PASEK (State Bar No. 151185)
2  RACHEL R. DAVIDSON (State Bar No. 215517)
   PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, California 94105
4  Phone: (415) 882-8200
   Fax:    (415) 882-8220
5
   Attorneys for Defendant
6  SIEBEL SYSTEMS, INC.

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12

13 ANGOSS SOFTWARE CORPORATION,

14            Plaintiff,

15     v.                                          Case No. C 05-5224 BZ
                                                   (Related Case No. C 05-5225 BZ)
16 SIEBEL SYSTEMS, INC.,
                                                   **ADMINISTRATIVE REQEUST TO
17            Defendant.                           ALLOW EQUIPMENT INTO THE
                                                   COURTROOM AND [PROPOSED]
18                                                 ORDER**

19 SIEBEL SYSTEMS, INC.,

20            Plaintiff,

21     v.

22 ANGOSS SOFTWARE CORPORATION,

23            Defendant.

24

25

26     In accordance with this Court's security procedures, defendant Siebel Systems, Inc. request

27 the Court's authorization to bring and use the following equipment in the courtroom for the duration

28 of trial scheduled to begin on April 24, 2006:

ADMINISTRATIVE REQUEST TO ALLOW                -1-                      PRINTED ON RECYCLED PAPER
EQUIPMENT INTO THE COURTROOM
Case No. 05-5224 BZ

1. Laptop Computer(s)
2. Projector
3. Audio Speakers
4. Power Cables
5. Multiple Demonstrative Exhibit Boards

DATED: April 21, 2006                           PRESTON GATES & ELLIS LLP


                                                By_____/s/_____
                                                   Michael J. Bettinger
                                                   Attorneys for Defendant
                                                   Siebel Systems, Inc.


The defendant's Administrative Request to Allow Equipment into the Courtroom is hereby GRANTED.

IT IS SO ORDERED.

DATED: April 21, 2006

*IT IS SO ORDERED*
/s/ Bernard Zimmerman
Judge Bernard Zimmerman
United States District Court
Northern District of California

ADMINISTRATIVE REQUEST TO ALLOW                -2-                    PRINTED ON RECYCLED PAPER
EQUIPMENT INTO THE COURTROOM
Case No. 05-5224 BZ