UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGOSS SOFTWARE CORP., <br>     Plaintiff(s), <br>   v. <br> SIEBEL SYSTEMS, INC., <br>     Defendant(s). | No. C 05-5224 BZ <br><br> and related case |
| SIEBEL SYSTEMS, INC., <br>     Plaintiff(s), <br>   v. <br> ANGOSS SOFTWARE CORP., <br>     Defendant(s). | No. C 05-5225 BZ <br><br> **ORDER RESOLVING ANGOSS' EX PARTE APPLICATIONS FOR DISCOVERY** |

**IT IS HEREBY ORDERED** that the parties shall conduct further discovery prior to trial in accordance with the rulings made at the telephone pretrial conference on April 21, 2006.  This resolves Angoss' ex parte application to compel discovery filed on April 10, 2006 [docket # 35], Angoss' ex parte application to compel discovery filed on

1

1  April 19, 2006 [docket # 42] and Angoss' ex parte motion to
2  amend/correct ex parte application filed on April 19, 2006
3  [docket # 43].
4  DATED:  April 21, 2006

                                    _____
                                           Bernard Zimmerman
                                      United States Magistrate Judge

8  G:\BZALL\-BZCASES\ANGOSS.SIEBEL\EX PARTE.ORDER.wpd